UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ORTHODONTIC CENTERS OF
CALIFORNIA, INC.,

        Plaintiffs,

   v.

DAVID C. HOBSON and D.C.
HOBSON, DDS, MS, a
Professional Corporation,

        Defendants.
_____/

DAVID C. HOBSON, et al.,

        Plaintiffs,

   v.

ORTHODONTIC CENTERS OF
AMERICA, INC., et al.,

        Defendants.
_____/

NO. CIV. S-06-01805 LKK DAD

NO. CIV. S-02-0886 WBS PAN

<u>RELATED CASE ORDER</u>

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  All of the parties are the same, except that Orthodontic Centers of America, Inc. is not directly a party in the present matter, and the promissory notes which are at

issue in the present matter were at issue in Case No. Civ. S-02-0886 WBS PAN.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and the same magistrate judge; no consolidation of the actions is effected.

      IT IS THEREFORE ORDERED that the actions denominated CIV. S-06-01805 LKK DAD and CIV. S-02-0886 WBS-PAN should be, and the same hereby are, deemed related and the case denominated CIV. S-06-01805 LKK DAD shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth the captions on all documents filed in the reassigned case shall be shown as CIV. S-06-01805 WBS EFB and any dates currently set in the reassigned case _only_ are hereby VACATED.

      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

      IT IS SO ORDERED.

DATED:  October 31, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE