1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   DANIEL L. BAXTER (SBN 203862)
2  400 Capitol Mall, Twenty-Second Floor
   Sacramento, CA  95814
3  Telephone:     (916) 441-2430
   Facsimile:     (916) 442-6664
4
   Attorneys for Defendants
5  ORTHODONTIC CENTERS OF AMERICA, INC. and
   ORTHODONTIC CENTERS OF CALIFORNIA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | DAVID C. HOBSON and D.C. HOBSON, DDS, MS, a Professional Corporation, | No. CIV. S-02-0886 WBS PAN |
|---|---|---|
| 12 | | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DR. HOBSON'S MOTION FOR ATTORNEYS' FEES AFTER APPEAL** |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | ORTHODONTIC CENTERS OF AMERICA, INC. and ORTHODONTIC CENTERS OF CALIFORNIA, INC., | Complaint Filed: April 23, 2002 Trial Date: July 13, 2004 |
| 16 | | |
| 17 | Defendants. | |
| 18 | AND RELATED COUNTERCLAIM | |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

Plaintiffs DAVID C. HOBSON and D.C. HOBSON, DDS, MS, a Professional Corporation, and Defendants ORTHODONTIC CENTERS OF AMERICA, INC. and ORTHODONTIC CENTERS OF CALIFORNIA, INC., by and through their attorneys of record, HEREBY STIPULATE AND AGREE that the hearing date on Plaintiffs' Motion for Attorneys' Fees After Appeal, currently set for hearing on May 29, 2007, is hereby continued to June 4, 2007 at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

DATED: May 29, 2007                    BRADFORD LAW OFFICES

By:    /s/
   MATTHEW C. BRADFORD
   Attorneys for Plaintiffs/Counter-Defendants
   DAVID C. HOBSON and D.C. HOBSON, DDS, MS, A PROFESSIONAL CORPORATION

DATED: May 29, 2007                    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:    /s/
   DANIEL L. BAXTER
   Attorneys for Defendants/Counter-Plaintiffs
   ORTHODONTIC CENTERS OF AMERICA, INC and ORTHODONTIC CENTERS OF CALIFORNIA, INC.

**ORDER**

IT IS SO ORDERED.

DATED: May 29, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

290610.1