GIBSON E. PRATT (SBN 054353)
3850 N. Causeway Blvd
Suite 800
Metairie, LA 70002
Telephone:   (504) 834-4392
Facsimile:   (504) 834-3663

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendants and Counter-Plaintiffs
ORTHODONTIC CENTERS OF AMERICA, INC. and
ORTHODONTIC CENTERS OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. HOBSON and D.C. HOBSON, DDS, MS, a Professional Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHODONTIC CENTERS OF AMERICA, INC. and ORTHODONTIC CENTERS OF CALIFORNIA, INC.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | No. CIV. S-02-0886 WBS PAN<br><br>**ORDER ON REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR ENFORCEMENT OF JUDGMENT AGAINST SECURITY** |

Having reviewed and considered the Request of ORTHODONTIC CENTERS OF AMERICA, INC. and ORTHODONTIC CENTERS OF CALIFORNIA, INC. (collectively, "OCA") for an Order continuing the pending hearing on the Motion for Enforcement of Judgment Against Security filed in this matter by DAVID C. HOBSON and D.C. HOBSON, DDS, MS, a Professional Corporation (collectively, "Dr. Hobson"), and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1.   OCA's request for continuance is GRANTED;

2.   Hearing on Dr. Hobson's Motion for Enforcement of Judgment Against Security is

PDF created with pdfFactory trial version www.pdffactory.com

1  continued to September 4, 2007 at 2:00 p.m. in Courtroom 5; and

2       3.    Opposition and reply briefs and supporting paperwork, if any, shall be filed in

3  accordance with the timelines set forth in Local Rule 78-230, subdivisions (c) and (d), consistent

4  with the new hearing date on Dr. Hobson's motion.

6  DATED: July 27, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13  299397.1

PDF created with pdfFactory trial version www.pdffactory.com